1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA
10
11   ISRAEL JUAREZ,                     )   Case No. 10cv732-L (BLM)
                                        )
12                   Plaintiff,         )   **ORDER DENYING *EX PARTE***
                                        )   **APPLICATION OF DEFENDANT**
13   v.                                 )   **AFNI, INC. TO APPEAR**
                                        )   **TELEPHONICALLY AT THE JULY 23,**
14   AFNI and DOES 1 through 10, inclusive, )   **2010 EARLY NEUTRAL**
                                        )   **EVALUATION CONFERENCE**
15                   Defendants.        )
                                        )   ECF No. 6
16                                      )
                                        )
17   ─────────────────────────────────  )

18        By application dated July 15, 2010, Defendant AFNI, Inc. requests permission to

19   appear telephonically at the July 23, 2010 Early Neutral Evaluation Conference ("ENE").

20   ECF No. 6.  Defendant argues that good cause exists because its representative resides in

21   Bloomington, Illinois and the costs associated with traveling to this district far outweigh the

22   value of any possible settlement of this case and the damages Plaintiff alleges.  Id.

23   Defendant's counsel submits that Plaintiff does not oppose the request.  ECF No. 6-2.

24        As this Court explained in its order scheduling the ENE, personal attendance is

25   required absent extraordinary circumstances.  ECF No. 4.  The Court finds that the

26   justification set forth by Defendant does not constitute extraordinary circumstances and,

27   therefore, **DENIES** Defendant's application.

28   ///

1    All parties with full settlement authority shall appear in person for the July 23, 2010

2  ENE.  Failure to appear may result in the imposition of sanctions.

3    **IT IS SO ORDERED.**

4  DATED:  July 15, 2010

5

6    BARBARA L. MAJOR
     United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28